[No. 8083–8–III.   Division Three.   November 17, 1987.]

*In the Matter of* MICHAEL WARDE.

MALCOLM WARDE, *Appellant,* v. KRISTINA WARDE,
*Respondent.*

Appeal from a judgment of the Superior Court for

Franklin County, No. 86–7–50014–7, Albert J. Yencopal, J., entered July 3, 1986. *Affirmed* by unpublished opinion per Green, J., concurred in by Thompson, A.C.J., and Munson, J.